In the Matter of JAMES L. KAPSIS et al., Appellants, v NEIL W. KELLEHER et al., Respondents, and STATE COMMITTEE OF THE NEW YORK STATE INDEPENDENCE PARTY et al., Respondents.

Submitted March 5, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.

LYNDA G. KESSLER, Respondent, v JOHN A. KESSLER, Appellant.

Submitted March 12, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.